DAVID J. ST. LOUIS  #041122
LYNETTE D. HECKER  #182198
LAW OFFICES OF DAVID J. ST. LOUIS, INC.
7100 N. Financial Drive, Ste. 105
Fresno, California  93720
(559) 431-5563

Attorneys for:  Plaintiff JAMES GARDNER, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| JAMES GARDNER, M.D., | CASE NO:  CIV-F-02-5264 OWW DLB |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE TRIAL, SETTLEMENT CONFERENCE, and PRE-TRIAL DATES** |
| UNUMPROVIDENT CORPORATION, PAUL REVERE LIFE, | |
| Defendants. | **NOTE TO COUNSEL: SEE LAST PAGE, ORDER HAS BEEN MODIFIED** |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their respective counsel, that the trial of this matter, currently scheduled for February 7, 2006, be continued to June 27, 2006, at 9:00 a.m. in Courtroom No. 2.

IT IS ALSO HEREBY STIPULATED that the following dates be continued as follows:

Only specifically designated discovery requests and responses will be admitted into evidence. Any deposition testimony shall be designated by page and line and filed with the Court on or before May 25, 2006. The opposing party shall counter-designate by line and page from the same deposition and shall file written objections to any questions and answer designated by the opposing party and filed with the court on or before June 5, 2006.

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Trial Briefs.

Counsel are directed to file a trial brief in this matter ten days prior to the date of commencement of trial, as provided in Local Rule 285, Local Rules of Practice for the Eastern District of California. An extended statement of facts is not required. The brief should address dispute issues of substantive law, disputed evidentiary issues of law that will not be resolved in limine, and any other areas of dispute that will require resolution by reference to legal authority.

Counsel for the parties are ordered to meet and conduct a joint exhibit conference on May 25, 2006, at 9:00 a.m. via telephone conference, for purposes of pre-making and examining each other's exhibits and preparing an exhibit list. All joint exhibits will be pre-marked JX1-JX100; all of the plaintiff's exhibits will be pre-marked with numbers 101-200; all of defendant's exhibits will be pre-marked with numbers 201-300.

At the time of such conference, each counsel shall have possession of four (4) complete, legible sets of exhibits, for use as follows:

a.    Two (2) sets to be delivered to the Courtroom Clerk no later than 4:00 p.m. on June 23, 2006;

The completed exhibit list shall be delivered to the court on or before June 23, 2006.

Counsel shall file a list of discovery documents with the Court Clerk at the same time and date as the witness and exhibit lists are lodged with the Court Clerk, unless the discovery documents are marked as exhibits, which counsel intend to use at trial by designating by number, the specific interrogatory, request for admission, or other discovery document.

1.    The motions in limine shall be filed by June 6, 2006, and any responses shall

2

be filed by June 13, 2006. The Court will conduct a hearing on motions in limine in this matter on June 16, 2006, at 12:15 p.m. in Courtroom 2 before the Honorable Oliver W. Wanger United States District Judge, at which time all evidentiary objections, to the extent possible, will be ruled upon, and all other matters pertaining to the conduct of the trial will be settled.

Counsel shall submit proposed voir dire questions, if any, to the Clerk of the court on or before June 23, 2006, at 4:00 p.m. Counsel shall also prepare a joint "statement of the case" which shall be a neutral statement, describing the case for prospective jurors, to be used in voir dire.

In order to aid the court in the proper voir dire examination of the prospective jurors, counsel are directed to lodge with the Court the day before trial a list of the prospective witnesses they expect to call if different from the list of witnesses contained in the Pre-Trial Order of the Court. Such list shall not only contain the names of the witnesses, but their business or home address to the extent known. This does not excuse any failure to list all witnesses in the Pre-Trial Order.

Counsel shall jointly submit, the day before trial, a neutral statement of the claims and defenses of the parties for the use by the court in voir dire.

All proposed jury instructions shall be filed and served on or before June 23, 2006, by 4:00 p.m.

The parties shall serve their proposed jury instructions upon each other fourteen days prior to trial. The parties shall then meet, confer, and submit to the Court the Friday before the trial is to commence, one complete set of agreed upon instructions.

Each party shall file with the jury instructions any objections to non-agreed upon instructions proposed by any other party. All objections shall be in writing and shall set forth the

proposed instruction objected to in its entirety.

Verdict forms shall be submitted on the first day of the trial.

If counsel intends to use a laptop computer for presentation of evidence, they shall contact the courtroom deputy at least one week prior to trial.

A settlement conference is hereby set before Magistrate Judge Beck April 27, 2005, at 1:00 p.m. in Courtroom 5.


I consent to the above stipulation.
DATED: December 21, 2005          LAW OFFICES OF DAVID J. ST. LOUIS, INC.

                                 By:_____
                                 LYNETTE D. HECKER, Attorneys for Plaintiff,
                                 JAMES GARDNER, M.D.


I consent to the above stipulation.
DATED:  December ____, 2005          KELLY, HERLIHY & KLEIN LLP


                                 By:_____
                                 MICHAEL GLANZBERG, Attorneys for
                                 Defendants UNUMPROVIDENT CORPORATION and
                                 PAUL REVERE LIFE

4

GARDNER, M.D. v. UNUMPROVIDENT CORPORATION
U.S. District Court Case No.: CIV-F-02-5264 OWW DLB

O R D E R

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that the trial of this matter, currently scheduled for February 7, 2006, be continued to June 27, 2006, at 9:00 a.m. in Courtroom No. 2.

IT IS ALSO HEREBY ORDERED that the following dates be continued as follows:

Only specifically designated discovery requests and responses will be admitted into evidence. Any deposition testimony shall be designated by page and line and filed with the Court on or before May 25, 2006. The opposing party shall counter-designate by line and page from the same deposition and shall file written objections to any questions and answer designated by the opposing party and filed with the court on or before June 5, 2006.

Trial Briefs:

Counsel are directed to file a trial brief in this matter ten days prior to the date of commencement of trial, as provided in Local Rule 285, Local Rules of Practice for the Eastern District of California. An extended statement of facts is not required. The brief should address dispute issues of substantive law, disputed evidentiary issues of law that will not be resolved in limine, and any other areas of dispute that will require resolution by reference to legal authority.

Counsel for the parties are ordered to meet and conduct a joint exhibit conference on May 25, 2006, at 9:00 a.m. via telephone conference, for purposes of pre-making and examining each other's exhibits and preparing an exhibit list. All joint exhibits will be pre-marked JX1-JX100;

all of the plaintiff's exhibits will be pre-marked with numbers 101-200; all of defendant's exhibits will be pre-marked with numbers 201-300.

At the time of such conference, each counsel shall have possession of four (4) complete, legible sets of exhibits, for use as follows:

a.      Two (2) sets to be delivered to the Courtroom Clerk no later than 4:00 p.m. on June 23, 2006;

The completed exhibit list shall be delivered to the court on or before June 23, 2006.

Counsel shall file a list of discovery documents with the Court Clerk at the same time and date as the witness and exhibit lists are lodged with the Court Clerk, unless the discovery documents are marked as exhibits, which counsel intend to use at trial by designating by number, the specific interrogatory, request for admission, or other discovery document.

1.      The motions in limine shall be filed by June 6, 2006, and any responses shall be filed by June 13, 2006. The Court will conduct a hearing on motions in limine in this matter on June 16, 2006, at 12:15 p.m. in Courtroom 2 before the Honorable Oliver W. Wanger United States District Judge, at which time all evidentiary objections, to the extent possible, will be ruled upon, and all other matters pertaining to the conduct of the trial will be settled.

Counsel shall submit proposed voir dire questions, if any, to the Clerk of the court on or before June 23, 2006, at 4:00 p.m. Counsel shall also prepare a joint "statement of the case" which shall be a neutral statement, describing the case for prospective jurors, to be used in voir dire.

In order to aid the court in the proper voir dire examination of the prospective jurors, counsel are directed to lodge with the Court the day before trial a list of the prospective witnesses they expect to call if different from the list of witnesses contained in the Pre-Trial Order of the

Court. Such list shall not only contain the names of the witnesses, but their business or home address to the extent known. This does not excuse any failure to list all witnesses in the Pre-Trial Order.

Counsel shall jointly submit, the day before trial, a neutral statement of the claims and defenses of the parties for the use by the court in voir dire.

All proposed jury instructions shall be filed and served on or before June 23, 2006, by 4:00 p.m.

The parties shall serve their proposed jury instructions upon each other fourteen days prior to trial. The parties shall then meet, confer, and submit to the Court the Friday before the trial is to commence, one complete set of agreed upon instructions.

Each party shall file with the jury instructions any objections to non-agreed upon instructions proposed by any other party. All objections shall be in writing and shall set forth the proposed instruction objected to in its entirety.

Verdict forms shall be submitted on the first day of the trial.

If counsel intends to use a laptop computer for presentation of evidence, they shall contact the courtroom deputy at least one week prior to trial.

A settlement conference is hereby set before Magistrate Judge Beck April 27, 2005, at 1:00 p.m. in Courtroom 5.

NO FURTHER CONTINUANCES (OWW)


DATED:  _January 20, 2006_____          _/s/ OLIVER W. WANGER_____
                                            HONORABLE OLIVER W. WANGER
                                            JUDGE OF THE DISTRICT COURT
                                            EASTERN DISTRICT OF CALIFORNIA