THOMAS M. HERLIHY (SBN 83615)
MICHAEL G. GLANZBERG (SBN 178751)
JOHN C. FERRY (SBN 104411)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
UNUMPROVIDENT CORPORATION and
THE PAUL REVERE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARDNER, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUMPROVIDENT CORPORATION and THE ) <br> PAUL REVERE LIFE INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. CIV F-02-5264 OWW DLB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between plaintiff James D. Gardner and defendants UnumProvident Corporation and The Paul Revere Life Insurance Company (collectively "Defendants"), by and through their respective counsel of record, that the above-entitled action is dismissed with prejudice in its entirety, each party to bear its own costs and expenses.

Respectfully submitted,

LAW OFFICES OF DAVID J. ST. LOUIS

Dated: May 26, 2006              By    /s/ David J. St. Louis
                                       David J. St. Louis
                                       Attorneys for Plaintiff
                                       JAMES D. GARDNER, M.D.


PILLSBURY & LEVINSON, LLP

Dated: May 31, 2006              By    /s/ Arnold Levinson
                                       Arnold Levinson
                                       Attorneys for Plaintiff
                                       JAMES D. GARDNER, M.D.


KELLY, HERLIHY & KLEIN, LLP

Dated: May 31, 2006              By    /s/ Michael G. Glanzberg
                                       Michael G. Glanzberg
                                       Attorneys for Defendants
                                       UNUMPROVIDENT CORPORATION and
                                       THE PAUL REVERE LIFE INSURANCE
                                       COMPANY

/ / /

/ / /

/ / /

/ / /

/ / /

**O  R  D  E  R**

IT IS SO ORDERED.

**Dated:   June 8, 2006**                                   /s/ Oliver W. Wanger
emm0d6                                                UNITED STATES DISTRICT JUDGE

---

STIPULATION FOR DISMISSAL WITH PREJUDICE

CASE NO. CIV F-02-5264 OWW DLB

2